AO91 (Rev. 8/01) Criminal Complaint

# United States District Court

United States Magistrate Court
GRG - SDTX
FILED

AUG 2 5 2015  AV

David J. Bradley, Clerk
Laredo Division

SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Alma Delia VILLARREAL-Gomez
Austin, Texas

Cindy LOZANO
Pflugerville, Texas

(Name and Address of Defendants)

FPD
DET/PE
8/25/15

Next Atty
PET/PE
8/28/15

## CRIMINAL COMPLAINT

Case Number: 5:15mj1230-1
-2

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 23, 2015** (Date) in **Laredo, Texas**, **Webb** County, in the **Southern** District of **Texas**, **Alma Delia VILLARREAL-Gomez** and **Cindy LOZANO** defendant(s),

a Lawful Permanent Resident (Mexican Citizen) and a United States citizen, did knowingly, willfully, and unlawfully, import from a place outside the United States, to wit; the Republic of Mexico, to a place in the United States, to wit; Laredo, Texas, a controlled substance listed under Schedule I, of the Controlled Substances Act, to wit; approximately eighteen point six four (18.64) kilograms of liquid methamphetamine. The defendants did knowingly and unlawfully possess with intent to distribute the above listed liquid methamphetamine. Furthermore, the defendants did knowingly and unlawfully conspire to possess with intent to distribute the above listed liquid methamphatamine.

in violation of Title **21** United States Code, Section(s) **952, 841(a)(1), 846**

I further state that I am a(n) **U.S. Homeland Security Investigations Special Agent** and that this complaint is based on the following facts: based on statements of the accused and the records of Immigration & Customs Enforcement.

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

_____
Signature of Complainant

**Leopoldo Ruiz**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**August 25, 2015** at **Laredo, Texas**
Date                                     City and State

**Guillermo R. Garcia**
U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

United States of America                                                                                          Page 2

vs

Alma Delia VILLARREAL-Gomez
    Cindy LOZANO

[CONT OF BASIS OF COMPLAINT]

On August 23, 2015, at approximately 10:20 a.m., Alma D. VILLARREAL-Gomez and Cindy LOZANO arrived at the Lincoln Juarez International Bridge in Laredo, Texas as passengers on a commercial bus and applied for admission into the United States. CBPOs referred VILLARREAL-Gomez and LOZANO along with their luggage for secondary inspection based on a database lookout. CBPOs utilized a canine to screen their luggage at which time the canine alerted to the odor of narcotics in both VILLARREAL-Gomez' and LOZANO's luggage. Further inspection revealed three bottles weighing nine point three two (9.32kg) in each of their suitcases for a combined weight of eighteen point six four (18.64kg) kilograms which field tested positive for the properties of liquid methamphetamine.

At approximately 1:00 p.m., HSI SAs read VILLARREAL-Gomez her Miranda rights which she waived in writing. VILLARREAL-Gomez admitted she knew she was transporting something illegal and was expecting to be paid $4,500USD in return. VILLARREAL-Gomez stated she had traveled to Queretaro, Mexico to pick up a package she was going to deliver to Austin, Texas.

At approximately 2:45 p.m., HSI SAs read LOZANO her Miranda rights which she waived in writing. LOZANO admitted she knew she was transporting something illegal and was expecting to be paid $4,500USD in return. LOZANO stated she had traveled to Queretaro, Mexico to pick up a package she was going to deliver to Austin, Texas.