# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

UNITED STATES OF AMERICA

vs

Cindy Lozano

*Defendant*

ORDER OF TEMPORARY
DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Case Number: 5:15–mj–01230

    Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for August 28, 2015 at 10:00 AM before United States Magistrate Judge Guillermo R. Garcia at 1300 Victoria, Courtroom 3C, Laredo, Texas 78040. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

Guillermo R. Garcia
United States Magistrate Judge

Date of order: **August 25, 2015**

CHARGE(S): 841(a)(1), 846, 952.